# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-5331
_____

GARY PEARLMAN and ELIZABETH BORGIA,

    Petitioners,

    v.

CHEN GUIHONG,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


April 17, 2019


PER CURIAM.

    DENIED.

LEWIS, WETHERELL, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gary Pearlman and Elizabeth Borgia, pro se, Petitioners.

No appearance for Respondent.